Case 3:22-mc-00924   Document 1   Filed 06/22/22   PageID.1   Page 1 of 1

FILED
Jun 22 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY     s/ josephd     DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of Attorney Enrique Elliot Adler (Cal. Bar #229030) | Case No.: **'22MC0924**<br><br>**ORDER OF SUSPENSION** |

On May 13, 2022, Attorney Enrique Elliot Adler (Cal. Bar #229030) notified the Clerk of Court that he had entered a plea of guilty to a felony in violation of 18 U.S.C. § 371. Civil Local Rule 2.2.b.4 states that "[a]ny attorney admitted to practice in this court who enters a plea of guilty to a felony, or is found guilty of a felony, must immediately be suspended from practice before this court." Accordingly, the Court orders that Mr. Adler is immediately suspended from practice before the Southern District of California.

Civil Local Rule 2.2.b.4 also states that "[upon] the felony conviction becoming final, the attorney must be disbarred." The Court orders Mr. Adler to notify the Court when his felony conviction becomes final.

**IT IS SO ORDERED.**

Dated: June 21, 2022

Hon. Dana M. Sabraw, Chief Judge
United States District Court