Erin Joyce, Esq., SBN 149946
Raquelle de la Rocha SBN 132557
ERIN JOYCE LAW PC
117 East Colorado Boulevard, Suite 465
Pasadena, California  91105
Telephone:  (626) 314-9050
Facsimile:   (626) 210-4825
Email:  raquelle@erinjoycelaw.com

Attorney for ENRIQUE ELLIOT ADLER

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF | **CASE NO. 22MC0924** |
| ENRIQUE ELLIOT ADLER | **REPLY TO ORDER OF SUSPENSION RE FINALITY OF CONVICTION AND TENDER OF RESIGNATION** |
| CALIFORNIA STATE BAR NO. 229030 | |

ENRIQUE ELLIOT ADLER hereby responds to the Order of Suspension dated June 21, 2022 and informs the Court that the conviction was effective as of April 13, 2022, and Mr. Adler hereby tenders his resignation from the bar of this Court.

Dated:  June 25, 2022

_____
ENRIQUE ELLIOT ADLER


ERIN JOYCE LAW

Dated:  June 25, 2022

RAQUELLE DE LA ROCHA, ESQ.
Attorneys for Enrique Elliot Adler

1

**NOTICE OF FINALITY OF CONVICTION WITH TENDER OF RESIGNATION**

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action.  My business address is 117 East Colorado Boulevard, Suite 465, Pasadena, California 91105.

On June 28, 2022, I served the foregoing document described as **NOTICE OF FINALITY OF CONVICTION WITH TENDER OF RESIGNATION** on the interested parties in this action by placing a true copy of the original in a sealed envelope as follows:

United States District Court
Southern District of California
333 West Broadway Street, Suite 420
San Diego, CA 92101
(619) 557-5600
pacer@psc.uscourts.gov

[ ] BY HAND DELIVERY/PERSONAL SERVICE (C.C.P. §1011 *et seq.*):  I caused said document to be personally delivered [by a courier] to each addressee.

[ ] BY FIRST-CLASS MAIL (C.C.P. §1013(a) *et seq.*): I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, in the United Stated mail *or* for collection and mailing at the Law Office of Erin Joyce, following ordinary business practices. I am readily familiar with the practice of the Law Office of Erin Joyce for collection and processing of mail, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service on the same day as it is placed for collection.

[X] BY ELECTRONIC TRANSMISSION:  I caused a copy of the document to be sent from e-mail address jody@erinjoycelaw.com to the above-named parties at the e-mail address and/or fax number given. I did not receive, within a reasonable time after the transmission, an electronic message or other indication that the transmission was unsuccessful.

[ ] COURTESY COPY BY ELECTRONIC TRANSMISSION:  In addition to the method of service indicated above, I caused a copy of the document to be sent from e-mail address jody@erinjoycelaw.com.  I did not receive, within a reasonable time after the transmission, an electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on June 28, 2022, at Pasadena, California.

*Jody Webber*
Jody Webber